# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EBRAHIMI,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CCW LANTANA, LLC, *et al.*,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-00325-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 7) |

Pending before the Court is the parties' stipulated discovery plan and scheduling order. Docket No. 7. The parties' discovery plan requests a 365-day discovery period. *Id.* at 2.

The presumptively reasonable discovery period is 180 days calculated from the first defendant's appearance. Local Rule 26-1(b)(1). The parties request special scheduling review based on the procedural history and Plaintiff's ongoing treatment. Docket No. 7 at 2. The parties fail to show that a 365-day discovery period is necessary and the parties fail to state what discovery, if any, was completed while this case was pending in state court. Further, the parties' plan, on its face, fails to state, "SPECIAL SCHEDULING REVIEW REQUESTED." *See* Local Rule 26-1(a). Accordingly, the discovery plan is **DENIED** without prejudice. The parties shall file a renewed joint proposed discovery plan no later than May 28, 2019.

IT IS SO ORDERED.

Dated: May 22, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1