# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EBRAHIMI,<br><br>　　Plaintiff(s),<br><br>v.<br><br>CCW LANTANA, LLC, et al.,<br><br>　　Defendant(s). | Case No.: 2:19-cv-00325-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 48] |

Pending before the Court is a stipulation to stay discovery. Docket No. 48. The parties request a stay of all discovery deadlines pending the Court's ruling on Defendants' motion to compel Plaintiff to undergo a mental competency examination. *See id.* at 1.

The Court has broad discretionary power to control discovery. *See, e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Additionally, the Court must construe, administer, and employ the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding."

Accordingly, the Court **GRANTS** the parties' stipulation to stay all discovery deadlines pending the Court's ruling on Defendants' motion to compel Plaintiff to undergo a mental competency examination. Docket No. 48.

IT IS SO ORDERED.

Dated: October 29, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge