# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EBRAHIMI,<br><br>  Plaintiff,<br><br>v.<br><br>CCW LANTANA, LLC, et al.,<br><br>  Defendants. | Case No. 2:19-cv-00325-JCM-NJK<br><br>**ORDER** |

On November 20, 2020, the Court issued an order granting Defendant's motion to compel a mental competency examination of Plaintiff. Docket No. 56. The Court ordered the parties to file a joint status report, under seal, within fourteen days of the mental competency examination, advising the Court of the results of the examination. *Id.* at 4. The Court also lifted the stay of discovery and ordered the parties to file a revised joint proposed discovery plan. *Id.* On November 25, 2020, the Court granted the parties' revised joint proposed discovery plan, setting deadlines for this case. Docket No. 58.

To date, the parties have not filed a joint status report advising the Court of the results of Plaintiff's mental competency examination. *See* Docket. In addition, all deadlines in the parties' revised joint proposed discovery plan have expired. *See id.*

Accordingly, the parties are hereby **ORDERED** to file a joint status report advising the Court of the status of this case, no later than August 13, 2021.

IT IS SO ORDERED.

Dated: August 3, 2021

Nancy J. Koppe
United States Magistrate Judge