UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EBRAHIMI,<br>    Plaintiff(s),<br>v.<br>CCW LANTANA, LLC, et al.,<br>    Defendant(s). | Case No. 2:19-cv-00325-JCM-NJK<br><br>**Order**<br><br>[Docket No. 61] |

Pending before the Court is Defendants' motion for a determination of the sufficiency of a medical report.  Docket No. 61.[1]  The motion is deficient in several respects.

First, the motion attaches a medical report as to Plaintiff's competency, which Defendants filed on the public docket.  Docket No. 61-2.  Given that such document addresses sensitive health issues, it would appear that it should have been filed under seal.  *Cf.* Docket No. 56 at 4.  The Court will seal that document on an interim basis.

Second, the motion contains no legal authority or meaningfully developed argument.  *But see* Local Rule 7-2(d); *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013).  To the extent Defendants seek relief from the Court, they must file proper papers articulating the pertinent standards and providing well-developed argument supported by legal authority.

Accordingly, Defendants' motion for a determination of the sufficiency of a medical report is **DENIED** without prejudice.  The Clerk's Office is **INSTRUCTED** to seal Docket No. 61-2.  No later than August 23, 2021, the parties must file a joint statement as to whether that exhibit

---

[1] The parties separately filed a joint status report that the case has settled.  Docket No. 62.

1

should remain sealed.  *See, e.g.*, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) (addressing standards).

     IT IS SO ORDERED.

     Dated: August 16, 2021

_____
Nancy J. Koppe
United States Magistrate Judge