## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES EBRAHIMI,

    Plaintiff(s),

v.

CCW LANTANA, LLC, et al.,

    Defendant(s).

Case No. 2:19-cv-00325-JCM-NJK

**Order**

On August 16, 2021, the Court sealed on an interim basis a medical report so that the parties could address whether the standards for sealing are met. Docket No. 63; *see also* Docket No. 61-2 (medical report). The parties have now filed a joint statement indicating that report warrants continued secrecy as it contains sensitive medical information. *See* Docket No. 64.[1] For good cause shown, the medical report (Docket No. 61-2) will continue to be maintained under seal.

IT IS SO ORDERED.

Dated: August 24, 2021

                                                                          
Nancy J. Koppe
United States Magistrate Judge

---

[1] As the document at issue was submitted in conjunction with a non-dispositive matter, the "good cause" standard governs sealing here. *See Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

1